WAITT OPERATING COMPANY, INC., Respondent, *v.* ADA CONTENT, Appellant.

(Argued January 12, 1932; decided February 9, 1932.)

*George Gordon Battle* and *James C. Goggin* for appellant.
*Frederic H. McCoun* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.